**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **JESSE JAMES ANDREWS**,<br>Petitioner-Appellant,<br>v.<br>**RON DAVIS**,<br>Respondent-Appellee. | No. 09-99012<br>D.C. No. 2:02-CV-08969-R<br>Central District of<br>California, Los Angeles |
| **JESSE JAMES ANDREWS**,<br>Petitioner-Appellee,<br>v.<br>**RON DAVIS**,<br>Respondent-Appellant. | No. 09-99013<br>D.C. No. 2:02-CV-08969-R<br>Central District of<br>California, Los Angeles |

On Appeal from the United States District Court
for the Central District of California, No. 02-CV-08969-R
The Honorable Manuel L. Real, Judge

**PETITIONER-CROSS-APPELLANT/APPELLEE'S UNOPPOSED MOTION TO FILE OVERSIZED PETITION FOR PANEL REHEARING OR REHEARING *EN BANC***

MICHAEL BURT
Law Office of Michael Burt
State Bar No. 83377
1000 Brannan Street, Suite 400
San Francisco, California 94103
Telephone: (415) 522-1508
Fax: (415) 522-1506
Email: mb@michaelburtlaw.com
*Attorney for Petitioner-Cross-Appellant/Appellee*s

.

Pursuant to Federal Rules of Appellate Procedure Rule 35 (b)(2)(A), and Rule 40 (b), and Circuit Rule 40-1 (a), Petitioner-Appellant, Jesse James Andrews, in case number 09-99012 and Petitioner-Appellee, Jesse James Andrews, in case number 09-99013 hereby moves for permission to exceed the 3900 word limit of Rule 35 (b)(2)(A) for petitions for rehearing *en banc*, and the 15 page or 4200 word count limit of Circuit Rule 40-1(a). This motion is based on the accompanying Declaration of Michael N. Burt, and the simultaneously lodged 14, 236 word, 54 page Petition For Panel Rehearing Or For Rehearing *En Banc.*

For the reasons set forth in the accompanying declarations, counsel respectfully requests that this Court permit the filing of Mr. Andrews' oversized Petition For Panel Rehearing And Rehearing *En Banc* notwithstanding that it exceeds the page and word limitation of Rule 35 (b)(2)(A) and Circuit Rule 40-1(a). This motion is unopposed by Respondent.

DATED: August 31, 2017

Respectfully submitted,

MICHAEL BURT
*Attorney for Petitioner-Appellant/Appellee*

s/ Michael Burt

MICHAEL BURT
*Attorney for Petitioner-Appellant/Appellee*

**DECLARATION OF MICHAEL N. BURT IN SUPPORT OF MOTION TO FILE OVERSIZED PETITION FOR PANEL REHEARING OR REHEARING *EN BANC***

I, Michael N. Burt, hereby declare, under penalty of perjury of the laws of the United States, as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States Court of Appeals for the Ninth Circuit.

2. I have been appointed as counsel for cross-appellant/appellee, Jesse James Andrews , in this death penalty habeas case. On August 5, 2015, this Court rendered judgment in this matter, reversing the district court's grant of penalty phase relief, and denying the petition for a COA of several uncertified claims. [Doc. 148-1]. The Court's opinion was 64 pages long and it was unanimous.

3. On September 18, 2015, I filed a motion to file a 23 page, 5844 word oversized petition for panel rehearing or rehearing *en banc*, [Doc. 152]. The motion was supported by a declaration in which I pointed out that I had developed 10 separate arguments in support of the petition, but that because of their number and complexity I was unable to complete my arguments within the 15 page or 4200 word count limit of Circuit Rule 40-1 (a). The Court granted the motion [Doc.160]

4. On August 1, 2017, this Court issued a 121 page superseding opinion

[Doc. 177-1] in which, over the 30 page dissent of Judge Murguia, it withdrew its 64 page opinion issued on August 5, 2015, overturned the district court's grant of penalty phase relief on ineffective assistance grounds, dismissed an Eighth Amendment lethal injection claim as unripe, and denied the petition for a certificate of appealability of numerous uncertified claims, including a claim based on *Jones v. Chappell*, 31 F. Supp. 3d 1050 (C.D. Cal. 2004), a case that was overturned on procedural grounds in *Jones v. Davis*, 806 F.3d 538 (9th Cir. 2015) after the filing of the Court's August 5, 2015 opinion in this case . The superseding opinion states at the outset that "[f]urther petitions for rehearing and petitions for rehearing *en banc* may be filed."

5. Based on my research of the panel's new superseding opinion, I have identified, researched, and drafted a combined petition for panel rehearing or for rehearing en *banc*. The petition is 54 pages long and contains 14, 236 words and is lodged with this motion. The reason the petition is so lengthy is that by my count it identifies approximately 32 separate legal or factual issues, many of which focus on changes in the law that have occurred in the two year period since the Court's original opinion was issued. I am acutely aware of the FRAP Rule 40(a)(2) requirement that "[t]he petition must state with particularity each point of law or fact that the petitioner believes the court has overlooked or misapprehended and

must argue in support of the petition". I am also acutely aware that Petitioner may be near the end of the review process in the Ninth Circuit. For both of these reasons, I attempted to write a petition for rehearing that was both comprehensive and persuasive. As the Court is aware, the record in this case is massive and the legal and factual issues are complex. The Court's own work product in this case is extraordinary, with the court issuing first a 64 page opinion and then a 121 page opinion. Respondent's Opposition to the first 23 page petition for rehearing was 39 pages long [Doc. 171]. Since that time the issues in the case have become more complex with the issuance of a 121 page split opinion and the many changes in the law since 2015. In addressing the 32 factual and legal issues that I have identified in the petition, I attempted to be as comprehensive and persuasive as possible, but because of the number and complexity of the issues, I was unable to complete my arguments within the 15 page or 4200 word count limit of Circuit Rule 40-1(a), despite my best efforts to be as concise as possible and after working though several drafts and cutting a substantial amount of relevant discussion. I believe that in order to discharge my obligation to provide effective assistance of counsel to Mr. Andrews, it is necessary for me to make and for the panel to consider all of the arguments that I have made in this Petition. I therefore request that the Court allow the lodged petition.

6. On August 31, 2017, I contacted Respondent's counsel Deputy

Attorney General Xiomara Costello and she indicates she had no opposition to the present motion. I indicated to her that I would not oppose any motion to file an oversized oppostion, should the Court order one to be filed.

7. For these reasons, Mr. Andrews respectfully and humbly requests that the Court grant him leave to file the lodged 14, 236 word, 54 page Petition For Panel Rehearing Or For Rehearing *En Banc.*

Executed August 31, 2017, at San Francisco, California.

s/ Michael Burt

MICHAEL BURT
*Attorney for Petitioner-CrossAppellant/Appellee*

# PROOF OF SERVICE

STATE OF CALIFORNIA )<br>
) ss.<br>
COUNTY OF SAN FRANCISCO )

I am over the age of 18 and not a party to the within action; my business address is 1000 Brannab Street, Suite 400 San Francisco, California 94103.

I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Jesse James Andrews<br>
CDC # C-87600<br>
San Quentin State Prison<br>
San Quentin, CA 94974

I declare under penalty of perjury under the laws of the State of California that the above is true and correct

Executed on August 31, 2017 at San Francisco, California.

s/Michael Burt

MICHAEL BURT<br>
*Attorney for Petitioner-Cross-Appellant/Appellee*